UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Dayna Bauman,                                          25-cv-08341 (KMK)

                        Plaintiff,

            -against-                                  CALENDAR NOTICE

Clarence Wiley and Shanell Wiley,

                        Defendants.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for an initial conference

before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, July 21, 2026

at 10:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).

Dated: May 28, 2026
       White Plains, New York

                                              So Ordered

                                              _____
                                              Kenneth M. Karas, U.S.D.J